IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAMAR RICHARD MILLER,<br>    Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 23-CV-1712 |
| | : |
| DEON BROWNING, ESQ.,<br>    Defendant. | :<br>: |

## ORDER

AND NOW, this 12th day of July, 2023, upon consideration of the Memorandum of Stamar Richard Miller (ECF No. 8), deemed to be a Motion filed pursuant to Federal Rule of Civil Procedure 59(e) to alter or amend the Court's judgment dismissing this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case for purposes of consideration of Miller's Motion.

2. The Motion is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN MILTON YOUNGE, J.**